STATE OF NEW JERSEY v. JERRY D. THOMAS.

May 19, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. JOSE MACHADO.

May 19, 1987.

Petition for certification granted.

STATE OF NEW JERSEY v. LOWELL ALLEN.

May 19, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. ALTHERIA GREEN.

May 19, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. WESLEY R. BOLTON.

May 19, 1987.

Petition for certification denied.